UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24661-CIV-MORENO

RAYMOND T. MAHLBERG,

      Plaintiff,

vs.

TOM JAMES COMPANY,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. On November 15, 2019, the Court issued an Order requiring Plaintiff to file a verified certificate of counsel regarding any prior filings under the Americans with Disabilities Act. The Order stated: "Plaintiff's counsel shall file a verified response to this order on or before **November 25, 2019**. If counsel fails to file the required response, the Court may dismiss the case." As of the date of this Order, Plaintiff has not responded. Therefore, it is

**ADJUDGED** that this case is DISMISSED without prejudice for failure to comply with the Court's previous Order. The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of November 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record